## LEACH, et v COLLINS, et

Ohio Supreme Court
No 22678. Decided April 15, 1931

Marshall, CJ, Jones, Day, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## INDUSTRIAL COMMISSION v HAMPTON et,

Ohio Supreme Court
No 22490. Decided April 15, 1931

Allen, Kinkade and Robinson, JJ, concur.
Full opinion will be published later. Watch **Omnibus Index.**

## MICHALEC, Admr v HUTCHISON

Ohio Supreme Court
No 22239. Decided April 15, 1931

Marshall, CJ, Matthias, Day, Allen, Kinkade and Robinson, JJ, concur.
Full opinion will be published later. Watch **Omnibus Index.**